IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 05-0134
 ((((((((((((((((

 Southwestern Bell Telephone Company, Petitioner

 v.

 Coastal Mart, Inc. and Coastal Markets, LTD.,

 d/b/a Maverick Markets, Respondents

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Review from the
 Court of Appeals for the Thirteenth District
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The joint motion for extension of abatement, filed on June 30,
2006, is granted, and the abatement order issued June 2, 2006, is extend to
allow the parties to proceed with settlement preparations.

 2. This case remains removed from the Court's active docket until
July 24, 2005, by which time the parties must file either a status report
or a motion to dismiss. The parties shall immediately notify this Court
about any changes in status in the settlement process.

 Done at the City of Austin, this 12th day of July, 2006.

 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk